AUSA KKD

FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Roberto Arturo SUAREZ,<br>Defendant. | Magistrate Case No.'08 MJ 8783<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 28, 2008, within the Southern District of California, defendant Roberto Arturo SUAREZ, did knowingly and intentionally import approximately 45.88 kilograms (100.93 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Victor O. Esparza, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, ON THIS 29th DAY OF AUGUST, 2008

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Roberto Arturo SUAREZ

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Victor O. Esparza.

On August 28, 2008, at approximately 1335 hours, Roberto Arturo (SUAREZ) was driving a 1992 Ford Thunderbird from Mexico at the Calexico, California east port of entry. During a pre-primary operation, Canine Enforcement Officer Ramon Navarro utilized his Narcotic Detection Dog (NDD) to inspect the vehicle. The NDD alerted to an odor of narcotics emanating from the front bumper area of the vehicle that SUAREZ was driving. When questioned by Customs and Border Protection Officer M. Almaghraby about the ownership of the vehicle, SUAREZ said that he had owned the car for three months. SUAREZ and the vehicle were escorted to secondary for further inspection.

In vehicle secondary a total of thirty-seven (37) packages were removed from the spare tire, the front bumper and the rear quarter panels. Customs and Border Protection Officer M. Almaghraby probed one of the packages and a sample of a green leafy substance was extracted. The substance field-tested positive for marijuana. The 37 packages had a combined weight of approximately 45.88 kilograms or ( 100.93 pounds) of marijuana. SUAREZ was placed under arrest and advised of his Miranda rights by Special Agent Victor Esparza, which he acknowledged and waived, agreeing to answer questions. SUAREZ admitted knowledge of the marijuana.